UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24543-CIV-WILLIAMS

GLORIA SMITH,

    Plaintiff,

vs.

SELECT PORTFOLIO SERVICING, *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's *sua sponte* report and recommendation of dismissal (the "Report"). (DE 5). In the Report, Judge McAliley recommends that the Court dismiss this *pro se* action for lack of subject matter jurisdiction, because Plaintiff has not asserted a federal claim and complete diversity is lacking. (*Id.* at 2.) Plaintiff's objections do not address any of the substantive points raised in the Report. (DE 6).

Therefore, upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 5) are **AFFIRMED AND ADOPTED**.
2. This action is **DISMISSED**.
3. All pending motions are **DENIED AS MOOT**.
4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 22nd day of January, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Gloria Smith
1721 NW 191 Street
Miami, Florida 33056